**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| In re: Ricky Dean Powell<br>Cynthia May Powell–Sparks | CASE NO. 08–62876 |
| Debtor(s) | CHAPTER 13 |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within ten (10) days after filing of same or such extended time as may be granted upon proper application made within said ten (10) days period, and the estate be closed. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 5/22/09

_____
WILLIAM E ANDERSON, JUDGE

van02.jsp

# CERTIFICATE OF NOTICE

```
District/off: 0423-6           User: fallenj                Page 1 of 2                   Date Rcvd: May 22, 2009
Case: 08-62876                 Form ID: van02               Total Served: 68


The following entities were served by first class mail on May 24, 2009.
db/jdb         +Ricky Dean Powell,    Cynthia May Powell-Sparks,    41 Northfield Road,    Cumberland, VA 23040-2408
2706679        +Advance America,    Po Box 2036,   Warren, MI 48090-2036
2706681        +Alliance Assets,    Dept 5975,   PO Box 1250,    Oaks, PA 19456-1250
2706682        +American Natl Fitness,    1645 E Hwy 193,    Layton, UT 84040-8525
2706684        +BCC Financial Management,    Services Inc.,    PO Box 47248,    Oak Park, MI 48237-4948
2706690        +CJW Medical Center,    PO Box 99400,    Louisville, KY 40269-0400
2706691        +CMI,   PO Box 118288,    Carrollton, TX 75011-8288
2706685        +Cash 2 U,    820 Merrimac Trail C,    Williamsburg, VA 23185-5346
2706686        +Cbc/Financial Credit,    1300 W Main St,    Visalia, CA 93291-5825
2706687         Certergy Payment Recovery,    Services, Inc.,    111601 Roosevelt Blvd.,
                 Saint Petersburg, FL 33716-0000
2706688        +Citibank,    Po Box 22828,    Rochester, NY 14692-2828
2771648         Citibank N.A.,    California Student Aid Commission,    Accounts Receivable,    PO Box 419041,
                 Rancho Cordova, CA 95741-9041
2706689        +Citibank Stu,    701 East 60th Stre,    Sioux Falls, SD 57104-0493
2706692        +Cmpptnrs/Ca State Univ,    Po Box 3176,    Winston Salem, NC 27102-3176
2706693         Commonwealth Radiology, P.C.,    1510 Willow Lawn Drive,    Suite 102,    Richmond, VA 23230-3429
2706694        +Credit Bur Of Placer CA,    Po Box R,    Roseville, CA 95678-0406
2706695        +Credit Bureau Of Plan CA,    209 Harding Bvd,    Roseville, CA 95678-2815
2706696        +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
2706699        +Cumberland County Treasurer,    PO Box 28,    Cumberland, VA 23040-0028
2706703        +DT Credut Corp.,    5300 Midlothian Turnpike,    Richmond, VA 23225-6215
2706700        +Drive Time Credit Corp.,    PO Box 2997,    Phoenix, AZ 85062-2997
2706701        +Dt Credit,    4020 E Indian School Rd,    Phoenix, AZ 85018-5220
2803392        +ECMC,    PO Box 75906,   St. Paul, MN 55175-0906
2706705         Educational Computer Systems,    CSU Eastbay,    181 Montour Run Rd.,    Coraopolis, PA 15108-9408
2706707        +Emergency Physicians Office,    PO Box 60439,    Fort Myers, FL 33906-6439
2706708        +Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
2706710        +Henrico County Public Schools,    404 Dabbs,    House Road,    Richmond, VA 23223-4819
2706713        +Jefferson Capital,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
2731625        +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
2706714         Joseph Mann and Creed,    PO Box 22253,    Beachwood, OH 44122-0253
2706715        +La Chapelle Credit Solutions,    200 S Monroe Ave Suite 206,    Green Bay, WI 54301-4059
2706716        +Marathon Services,    3353 Bradshaw Road. # 122,    Sacramento, CA 95827-2609
2706717        +National Fitness,    PO Box 224,    Roy, UT 84067-0224
2706718         Nco Fin/51,    Pob 13574,    Philadelphia, PA 19101-0000
2706719        +Nco Financial Srvs Inc,    2920 Prospect Park Dr St,    Rancho Cordova, CA 95670-6036
2706720        +P Stassinos,    5150 Sunrise Bv Ste B6,    Fair Oaks, CA 95628-4960
2706721        +Paragon Way,    PO Box 42829,    Austin, TX 78704-0044
2706722        +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
2706723        +Pellettieri and Assoc. LTD,    991 Oak Creek Drive,    Lombard, IL 60148-6408
2706724         Radiology Assoc., Inc.,    PO Box 13343,    Richmond, VA 23225-0343
2706729        +SMUD,   PO Box 15555,    Sacramento, CA 95852-1555
2745717        +Sacramento Municipal Utility District,    P O Box 15830, Mail Stop A253,
                 Sacramento, CA 95852-0830
2706727        +Sallie Mae,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
2706728        +Sm Servicing,    902 Twin Creek Dri,    Killeen, TX 76543-4239
2706730        +St. Francis Emergency Center,    PO Box 79214,    Baltimore, MD 21279-0214
2706731        +Stassinos Law Offices,    5150 Sunrise Blvd Ste B6,    Fair Oaks, CA 95628-4960
2706734        +TRS Recovery Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5412
2706732         The CBE Group, Inc.,    PO Box 1800,    Waterloo, IA 50704-1800
2706733         The Student Loan Corp.,    c/o Citibank South Dakota, NA,    PO Box 6615,
                 The Lakes, NV 88901-6615
2706735         UC Davis,    Student Accounting,    Davis, CA 95616-0000
2706736         US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
2745712         US Department of Education,    c/o Direct Loan Servicing Center,    P O Box 5609,
                 Greenville, TX  75403-5609
2706737        +US Dept. of Education,    501 Bleeker Street,    Utica, NY 13501-2401
2706740         West Asset Management,    2703 N. Highway 75,    Sherman, TX 75090-0000

The following entities were served by electronic transmission on May 22, 2009.
2706680         EDI: AFNIRECOVERY.COM May 22 2009 18:13:00      Afni, Inc.,    404 Brock Drive,    P. O. Box 3517,
                 Bloomington, IL 61702-3517
2706683        +EDI: ACCE.COM May 22 2009 18:13:00      Asset Acceptance Corp.,    P. O. Box 2036,
                 Warren, MI 48090-2036
2706696        +EDI: CMIGROUP.COM May 22 2009 18:08:00      Credit Management Lp,    4200 International Pkwy,
                 Carrollton, TX 75007-1912
2706697        +EDI: CREDPROT.COM May 22 2009 18:13:00      Credit Protection,    13355 Noel Rd, 21st Floor,
                 Dallas, TX 75240-6602
2706698        +EDI: CREDPROT.COM May 22 2009 18:13:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240-6837
2706702         E-mail/Text: TAMAR.GADE@DRIVETIME.COM                           DT Credit Corp.,    PO Box 29018,
                 Phoenix, AZ 85038-0000
2753478        +EDI: ECMC.COM May 22 2009 18:13:00      ECMC,    P.O. Box 8809,    Richmond, VA 23225-0509
2706704        +EDI: ECMC.COM May 22 2009 18:13:00      Ecmc,    101 E 5th St, Suite 2400,    St Paul, MN 55101-1800
2706706         EDI: ECMC.COM May 22 2009 18:13:00      Educational Credit Management,    Lockbox 8639,
                 PO Box 75848,    Saint Paul, MN 55175-0848
2706709        +EDI: RMSC.COM May 22 2009 18:13:00      Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998-4100
2706711         EDI: IRS.COM May 22 2009 18:13:00      IRS,    PO Box 970024,    Saint Louis, MO 63197-0000
2706721        +EDI: CFSX.COM May 22 2009 18:18:00      Paragon Way,    PO Box 42829,    Austin, TX 78704-0044
2706726         EDI: PHINRJMA.COM May 22 2009 18:13:00      RJM Acquisitions LLC,    PO Box 18006,
                 Hauppauge, NY 11788-8806
```

```
District/off: 0423-6           User: fallenj              Page 2 of 2                 Date Rcvd: May 22, 2009
Case: 08-62876                 Form ID: van02             Total Served: 68

The following entities were served by electronic transmission (continued)
2706725        +EDI: PHINRJMA.COM May 22 2009 18:13:00      Rjm Acq Llc,    575 Underhill Blvd Ste 2,
                 Syosset, NY 11791-3426
2794757         EDI: BLINE.COM May 22 2009 18:13:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
2706738         EDI: FUNB.COM May 22 2009 18:18:00      Wach/Rec,    P O Box 3117,    Winston Salem, NC 27102-0000
                                                                                                  TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2706712         Janice Collins,    5013 Pony Express Trail
cr*            +ECMC,   P. O. Box 75906,    St. Paul, MN 55175-0906
2706739*      ++WACHOVIA BANK NA,    PO BOX 13765,   ROANOKE VA 24037-3765
                 (address filed with court:  Wach/Rec,    Po Box 3117,   Winston Salem, NC 27102-0000)
                                                                                            TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2009**              **Signature:**    _Joseph Speetjens_