# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA

In re:  RICKY DEAN POWELL  
      CYNTHIA MAY POWELL-SPARKS  
           Debtors

Case No.:  08-62876-WA1-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Herbert L. Beskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  11/18/2008.  
2)  The plan was confirmed on  NA.  
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.  
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.  
5)  The case was dismissed on  05/24/2009.  
6)  Number of months from filing or conversion to last payment:  8.  
7)  Number of months case was pending:  9.  
8)  Total value of assets abandoned by court order:  NA.  
9)  Total value of assets exempted:  12,312.19.  
10)  Amount of unsecured claims discharged without full payment:  .00.  
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

    Total paid by or on behalf of the debtor:    $1,749.27  
    Less amount refunded to debtor:    $1,749.27

**NET RECEIPTS:**    $.00

**Expenses of Administration:**

    Attorney's Fees Paid Through The Plan:    $.00  
    Court Costs:    $.00  
    Trustee Expenses and Compensation:    $.00  
    Other:    $.00

**TOTAL EXPENSES OF ADMINISTRATION:**    $.00

Attorney fees paid and disclosed by debtor:    $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 315.00 | NA | NA | .00 | .00 |
| AFNI | Unsecured | 28.47 | NA | NA | .00 | .00 |
| ALLIANCE ASSETS | Unsecured | 575.00 | NA | NA | .00 | .00 |
| AMERICAN NATIONAL FITNESS | Unsecured | 940.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | Unsecured | 315.00 | NA | NA | .00 | .00 |
| BCC FINANCIAL MANAGEMENT SERVIC | Unsecured | 75.00 | NA | NA | .00 | .00 |
| CASH 2 U | Unsecured | 402.50 | NA | NA | .00 | .00 |
| CBC/FINANCIAL CREDIT | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CERTEGY PAYMENT RECOVERY SERVI | Unsecured | 35.00 | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CITIBANK NA | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CITIBANK NA | Unsecured | 1.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA

In re:  RICKY DEAN POWELL                                               Case No.:  08-62876-WA1-13
       CYNTHIA MAY POWELL-SPARKS
           Debtors

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIBANK NA | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CJW MEDICAL CENTER | Unsecured | 75.00 | NA | NA | .00 | .00 |
| CMI | Unsecured | 126.00 | NA | NA | .00 | .00 |
| CMPPTNRS/CA STATE UNIV | Unsecured | 1.00 | NA | NA | .00 | .00 |
| COMMONWEALTH RADIOLOGY | Unsecured | 295.00 | 295.00 | 295.00 | .00 | .00 |
| COMMONWEALTH RADIOLOGY, P.C. | Unsecured | 295.00 | 295.00 | 295.00 | .00 | .00 |
| CREDIT BUREAU OF PLACER CA | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CREDIT BUREAU OF PLAN CA | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT INC | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CUMBERLAND COUNTY TREASURER | Priority | 119.87 | 248.28 | 248.28 | .00 | .00 |
| CUMBERLAND COUNTY TREASURER | Unsecured | NA | 20.23 | 20.23 | .00 | .00 |
| DT CREDIT | Unsecured | 1.00 | NA | NA | .00 | .00 |
| DT CREDIT | Unsecured | 1.00 | NA | NA | .00 | .00 |
| DT CREDIT CORP | Secured | 5,000.00 | NA | NA | .00 | .00 |
| DT CREDIT CORP | Unsecured | 1.00 | 9,868.14 | 9,868.14 | .00 | .00 |
| DT CREDIT CORP | Unsecured | 2,663.58 | NA | NA | .00 | .00 |
| DT CREDIT CORPORATION | Secured | 11,020.14 | 11,020.14 | .00 | .00 | .00 |
| ECMC | Unsecured | 8,712.22 | 139,331.67 | 139,331.67 | .00 | .00 |
| ECMC | Unsecured | 51,750.97 | 52,974.78 | 52,974.78 | .00 | .00 |
| ECMC | Unsecured | 1.00 | NA | NA | .00 | .00 |
| EDUCATIONAL COMPUTER SYSTEMS | Unsecured | 4,078.06 | NA | NA | .00 | .00 |
| EMERGENCY PHYSICIANS OFFICE | Unsecured | 446.00 | NA | NA | .00 | .00 |
| FREDERICKSBURG CREDIT BUREAU | Unsecured | 22.00 | NA | NA | .00 | .00 |
| GEMB/JCP | Unsecured | 1.00 | NA | NA | .00 | .00 |
| HENRICO COUNTY PUBLIC SCHOOLS | Unsecured | 55.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 4,994.00 | 9,617.75 | 9,617.75 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 3,467.73 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | 3,467.00 | 5,626.84 | 5,626.84 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,670.15 | 7,318.98 | 7,318.98 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 575.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 780.00 | 408.37 | 408.37 | .00 | .00 |
| JOSEPH, MANN & CREED | Unsecured | 259.00 | NA | NA | .00 | .00 |
| LACHAPELLE CRED/SCHNEIDER NATL | Unsecured | 1.00 | NA | NA | .00 | .00 |
| MARATHON SERVICES | Unsecured | 381.19 | NA | NA | .00 | .00 |
| NATIONAL FITNESS | Unsecured | 772.14 | NA | NA | .00 | .00 |
| NCO FIN/51 | Unsecured | 75.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SERVICES INC | Unsecured | 1.00 | NA | NA | .00 | .00 |
| P. STASSINOS | Unsecured | 281.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA

In re: RICKY DEAN POWELL  
      CYNTHIA MAY POWELL-SPARKS  
         Debtors

Case No.: 08-62876-WA1-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| P. STASSINOS | Unsecured | 1.00 | NA | NA | .00 | .00 |
| PARAGON WAY INC. | Unsecured | 315.00 | NA | NA | .00 | .00 |
| PARAGON WAY INC. | Unsecured | 490.00 | NA | NA | .00 | .00 |
| PARAGON WAY INC. | Unsecured | 580.58 | NA | NA | .00 | .00 |
| PELLETTIERI | Unsecured | 75.00 | NA | NA | .00 | .00 |
| PELLETTIERI | Unsecured | 75.00 | NA | NA | .00 | .00 |
| PELLETTIERI | Unsecured | 75.00 | NA | NA | .00 | .00 |
| PELLETTIERI | Unsecured | 75.00 | NA | NA | .00 | .00 |
| PELLETTIERI | Unsecured | 100.00 | NA | NA | .00 | .00 |
| RADIOLOGY ASSOCIATES | Unsecured | 22.07 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS FUNDING | Unsecured | 1.00 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS, INC. | Unsecured | 780.22 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS, INC. | Unsecured | 408.37 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING, LLC | Unsecured | NA | 580.57 | 580.57 | .00 | .00 |
| SALLIE MAE SERVICING | Unsecured | 1.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | Unsecured | 1.00 | NA | NA | .00 | .00 |
| SM SERVICING | Unsecured | 1.00 | NA | NA | .00 | .00 |
| SM SERVICING | Unsecured | NA | NA | NA | .00 | .00 |
| SMUD | Unsecured | 597.61 | 597.61 | 597.61 | .00 | .00 |
| ST. FRANCIS EMERGENCY CENTER | Unsecured | 335.00 | NA | NA | .00 | .00 |
| THE CBE GROUP, INC | Priority | 1,378.00 | NA | NA | .00 | .00 |
| THE CBE GROUP, INC | Priority | 666.99 | NA | NA | .00 | .00 |
| THE CBE GROUP, INC | Priority | 1,462.05 | NA | NA | .00 | .00 |
| THE CBE GROUP, INC | Priority | 1,545.98 | NA | NA | .00 | .00 |
| THE STUDENT LOAN CORPORATION | Unsecured | 18,315.24 | NA | NA | .00 | .00 |
| THE STUDENT LOAN CORPORATION | Unsecured | 118,855.42 | NA | NA | .00 | .00 |
| TRS RECOVERY SERVICES | Unsecured | 35.00 | NA | NA | .00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 7,564.91 | NA | NA | .00 | .00 |
| UC DAVIS | Unsecured | 1.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | 7,574.90 | 7,574.90 | .00 | .00 |
| WACHOVIA | Unsecured | 1.00 | NA | NA | .00 | .00 |
| WACHOVIA | Unsecured | 1.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re: RICKY DEAN POWELL  
      CYNTHIA MAY POWELL-SPARKS  
         Debtors

Case No.: 08-62876-WA1-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEST ASSET | Unsecured | 75.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing: | .00 | .00 | .00 |
|     Mortgage Arrearage: | .00 | .00 | .00 |
|     Debt Secured by Vehicle: | .00 | .00 | .00 |
|     All Other Secured: | 5,626.84 | .00 | .00 |
| **TOTAL SECURED:** | 5,626.84 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage: | .00 | .00 | .00 |
|     Domestic Support Ongoing: | .00 | .00 | .00 |
|     All Other Priority: | 9,866.03 | .00 | .00 |
| **TOTAL PRIORITY:** | 9,866.03 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 219,265.25 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
|     Expenses of Administration: | $.00 |
|     Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/27/2009      By: /s/Herbert L. Beskin  
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.